**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 21, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00634-CV

---

## CRUDE OILFILED SOLUTIONS, LLC, CRUDE OILFIELD SOLUTIONS, LP, PATRICK BLAKE AND NICHOLAS FLORES, Appellants

### V.

## OILWELL GUIDANCE, LLC AND OMNI DIRECTIONAL DRILLING, LLC, Appellees

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-52830**

### MEMORANDUM OPINION

This is an appeal from a judgment signed . On November 12, 2019, the parties filed an agreed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan.